**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01634-RM-KMT

THE FOURTH CORNER CREDIT UNION,

    Plaintiff,

v.

NATIONAL CREDIT UNION ADMINISTRATION,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order (Doc. 68) by Judge Raymond P. Moore entered on June 25, 2018, it is

ORDERED that this case is dismissed as moot.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of June, 2018.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:  s/C. Pearson
                             Deputy Clerk